FILED
08 JUL 22 PM 1:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRUCE ROLAND LAWRENCE,<br>Defendant. | Criminal Case No. '08 CR 2409 H<br>I N D I C T M E N T<br>Title 18, U.S.C., Sec. 2250(a) - Failure to Register as a Sex Offender |

The grand jury charges:

On or about and between April 10, 2008 and May 15, 2008, within the Southern District of California and elsewhere, defendant BRUCE ROLAND LAWRENCE, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act, as a result of being convicted of Oral Copulation, California Penal Code Section 288a(c), a felony, in San Diego County, California in October 1985, having, after said conviction, traveled in interstate and foreign commerce, did knowingly fail to register and update registration as required by the Sex Offender Registration and

//

//

//

APS:nlv:San Diego
7/18/08

Notification Act; in violation of Title 18, United States Code, Section 2250(a), and Title 42, United States Code, Sections 16911 and 16913.

DATED: July 22, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
ALESSANDRA P. SERANO
Assistant U.S. Attorney