UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

MAR 1 5 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

BRUCE ROLAND LAWRENCE (1),

               Defendant.

CASE NO. 08CR2409-H

**JUDGMENT AND ORDER OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   the United States Court of Appeals for the Ninth Circuit has reversed the conviction of defendant Bruce Roland Lawrence and directed the District Court to dismiss the Indictment against said defendant; and

__X__   the United States has filed a motion to dismiss

__X__   the offense as charged in the Indictment:

      18 U.S.C. 2250(a) - Failure to Register as a Sex Offender

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged. The Indictment against defendant Bruce Roland Lawrence is hereby dismissed with prejudice and the conviction of said defendant and previously imposed sentence are hereby set aside and vacated.

DATED: 3/15/12

                                    _____
                                    MARILYN L. HUFF, U.S. District Judge
                                    UNITED STATES DISTRICT COURT